**Order entered October 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01086-CV

### CITY OF DALLAS, Appellant

### V.

### MARKO PRINCIP, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00202-B**

## ORDER

Before the Court is appellant's October 12, 2017 motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **November 16, 2017**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE